UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LU ANNE FEAZLE-HURT, an individual, | Case No.: 3:12-cv-00997-AC |
| Plaintiff, | JUDGMENT |
| v. | |
| TARGET CORPORATION, a foreign corporation, | |
| Defendant. | |

ACOSTA, Magistrate Judge:

By Opinion and Order issued October 28, 2013, this court granted Defendant's motion for summary judgment. Consequently,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled case is DISMISSED with prejudice. Pending motions, if any, are DENIED as moot and all scheduling dates shall be vacated and stricken from the calendar.

DATED this 28th day of October 2013.

JOHN V. ACOSTA
United States Magistrate Judge